REDACTED 

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08-62 |
| | ) |
| KENNETH YOUNG, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 23, 2008, in the State and District of Delaware, Kenneth Young, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Security Industries of America Police Security Special .38 caliber revolver, serial number 04997, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms

and ammunition involved in the commission of each respective offense, including but not limited to the following:

1. the Security Industries of America Police Security Special .38 caliber revolver, serial number 04997.

                        A TRUE BILL:

                        _____

                        Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Joseph Grubb
Special Assistant United States Attorney
Dated: April 10, 2008