UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 08-62-SLR ) |
| KENNETH YOUNG, | ) ) |
| Defendant. | ) |

### O R D E R

This **17ᵀᴴ** day of **APRIL 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **MAY 1ˢᵀ, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

                                        _____
                                        Honorable Leonard P. Stark
                                        U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney