IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                              )<br>            Plaintiff,                            )<br>                                                              )<br>   v.                                                   )   Crim. No. 08-62-SLR<br>                                                              )<br>KENNETH YOUNG                        )<br>                                                              )<br>            Defendant.                      )  | |

### O R D E R

At Wilmington this 30th day of April, 2008;

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Tuesday, May 20, 2008** at **9:15 a.m.**, with the court initiating said call.

2. The time between this order and May 20, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

                                                                                           _____
                                                                                           United States District Judge