IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 08-062-SLR |
| ) | |
| KENNETH YOUNG, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 21st day of May, 2008,

IT IS ORDERED that:

1. An evidentiary hearing is scheduled for **Tuesday, July 1, 2008** at **1:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **July 1, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                                                                                     _____
                                                                                                     United States District Judge