IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Criminal Action No. 08-CR-00062-SLR |
| **KENNETH YOUNG,** | : | |
| **Defendant.** | : | |

### UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Joseph S. Grubb, Special Assistant United States Attorney for the District of Delaware, hereby moves to continue the suppression hearing in this matter. The grounds for this Motion are as follows:

1. The Court has scheduled a suppression hearing for July 1, 2008 at 1:30 p.m.

2. Detective Stephen Morrissey of the Wilmington Police Department is a necessary witness and will be unavailable on July 1, 2008, due to a scheduling conflict with the Superior Court in and for New Castle County, Delaware.

3. Counsel for the defendant does not oppose this request.

4. It is the Government's understanding that July 17, 2008, at 9:00 a.m. is an available alternative time slot. Both the Government and defense counsel are available on this day.

WHEREFORE, the United States respectfully requests that the Court continue the suppression hearing. A proposed form of order is attached.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                  United States Attorney

                            By: /s/ Joseph S. Grubb
                                  Joseph S. Grubb
                                  Special Assistant United States Attorney
                                  The Nemours Bldg.
                                  1007 Orange Street, Suite 700
                                  P. O. Box 2046
                                  Wilmington, Delaware 19899-2046
                                  Joseph.Grubb@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-CR-00062-SLR |
| KENNETH YOUNG, | : |
| Defendant. | : |

## ORDER

WHEREAS, a suppression hearing in this matter is scheduled for July 1, 2008;

WHEREAS, the United States has filed a Motion to Continue the hearing;

WHEREAS, counsel for the defense does not oppose the motion;

NOW THEREFORE, IT IS HEREBY ORDERED this ____ day of _____, 2008, that the suppression hearing in this matter scheduled for July 1, 2008 is continued until _____ at _____.m., in Courtroom 6B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

_____
HONORABLE SUE L. ROBINSON
District Judge