IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-CR-00062-SLR |
| KENNETH YOUNG, | : |
| Defendant. | : |

## ORDER

WHEREAS, a suppression hearing in this matter is scheduled for July 1, 2008;

WHEREAS, the United States has filed a Motion to Continue the hearing;

WHEREAS, counsel for the defense does not oppose the motion;

NOW THEREFORE, IT IS HEREBY ORDERED this 28th day of May, 2008, that the suppression hearing in this matter scheduled for July 1, 2008 is continued until August 11, 2008 at 1:00 p.m., in Courtroom 6B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

HONORABLE SUE L. ROBINSON
District Judge