# SLR Criminal Non Jury Calendar Notice

To:              Clerk, U.S. District Court           Date:  08/18/2008
From:            Judge Robinson
Case Caption:    USA v. Kenneth Young
Criminal Case Number:   08-62-SLR           Interpreter Requested   ○ Yes
                                                                    ● No
                                                                    ○ Cancel Previously Hired Interpreter

The following proceeding(s) is/are **scheduled:**

| PROCEEDING | DATE | TIME |
|---|---|---|
| Hearing Suppression | Thu 09/04/2008 | 04:45 PM |

COURT REPORTER REQUESTED   ● Yes
                           ○ No
                           ○ Trial Only

The following proceeding(s) is/are **canceled:**

| PROCEEDING | DATE | TIME |
|---|---|---|

(CHAMBERS USE ONLY)

Set by:   By Order of                         ☒ On Lotus
                                              ☐ Cancellation Noted

Prepared By:  Maria Alvino  08/18/2008 11:52 AM