IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 08-062-SLR |
| KENNETH YOUNG, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 18th day of August, 2008,

IT IS ORDERED that:

1. An evidentiary hearing is scheduled for **Thursday, September 4, 2008** at **4:45 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **September 4, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                               United States District Judge